ATKINSON, solicitor-general, *et al.* v. LAM AMUSEMENT COMPANY *et al.*

This case being for decision by the entire court of six Justices, who are evenly divided in opinion, Russell, Chief Justice, Atkinson, Presiding Justice, and Bell, Justice, being of the opinion that the judgment of the trial court should be affirmed, and Jenkins, Grice, and Duckworth, Justices, being of the contrary opinion, the judgment stands affirmed by operation of law.

No. 12336. NOVEMBER 29, 1938.

*W. Y. Atkinson, Moon & Ray,* and *L. L. Meadors,* for plaintiffs. *Lovejoy & Mayer* and *Wyatt & Morgan,* for defendants.